# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:18-cr-39-02 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| JUSTIN L. SAIN | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One of the eight-count Indictment; (2) accept Defendant's guilty plea as to Count One of the eight-count Indictment; (3) adjudicate Defendant guilty of Count One; (4) defer a decision on whether to accept the amended plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter after his bond was revoked (Doc. 55). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 55) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One of the eight-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One;

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 8, 2019, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

        */s/Travis R. McDonough*
        **TRAVIS R. MCDONOUGH**
        **UNITED STATES DISTRICT JUDGE**